# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTINA C. WASHINGTON,<br><br>    Plaintiff,<br>v.<br><br>ROSS MEDICAL EDUCATION CENTER,<br><br>    Defendant. | Case No.  3:18-cv-00139-PPS-MGG<br><br>Honorable Judge Philip P. Simon |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CHRISTNA C. WASHINGTON, and Defendant, ROSS MEDICAL EDUCATION CENTER, through their respective counsel, that the above-captioned action is dismissed, with prejudice, against ROSS MEDICAL EDUCATION CENTER, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 7, 2019                           Respectfully Submitted,

**CHRISTINA C. WASHINGTON**               **ROSS MEDICAL EDUCATION CENTER**

/s/ Taxiarchis Hatzidimitriadis                     /s/ Evan M. Chall (*with consent*)
Taxiarchis Hatzidimitriadis                            Evan M. Chall
*Counsel for Plaintiff*                                    *Counsel for Defendant*
Sulaiman Law Group, LTD                          Wright Beamer PLC
2500 S. Highland Avenue, Suite 200           31500 Northwestern Hwy. Ste. 140
Lombard, Illinois 60148                               Farmington Hills. MI 48334
Phone: (630) 575-8181                                 Phone: (248) 477-6300
Fax :(630) 575-8188                                     echall@wrightbeamer.com
thatz@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____<br>
Nathan C. Volheim