UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTINA C. WASHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 3:18CV139-PPS |
| | ) |
| ROSS MEDICAL EDUCATION CENTER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The parties' Agreed Stipulation of Dismissal With Prejudice [DE 40] is SO ORDERED, and this action is DISMISSED WITH PREJUDICE, each party bearing its own fees and costs.

Defendant's motion for summary judgment [DE 37] is DENIED WITHOUT PREJUDICE.

The telephonic scheduling conference previously set for Thursday, June 6, 2019 is CANCELLED.

The case is **CLOSED**.

SO ORDERED.

ENTERED: February 8, 2019.

/s/ Philip P. Simon

**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**